United States District Court
Southern District of Texas
**ENTERED**
October 26, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-16-219 |
| | § | |
| DOMINIQUE DEMON EDWARDS<br>BRONKEISE SAMPLE | § | |

**O R D E R**

Defendant Bronkeise Sample filed a motion for continuance, (Docket Entry No. 39). The government and codefendant are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 6, 2017 |
| Responses are to be filed by: | February 20, 2017 |
| Pretrial conference is reset to**:** | **February 27, 2017  at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 6, 2017 at 9:00 a.m.** |

SIGNED on October 26, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge