United States District Court
Southern District of Texas
**ENTERED**
February 22, 2017
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-16-219 |
| | § | |
| | § | |
| | § | |
| BRONKEISE SAMPLE | § | |

**O R D E R**

Defendant Bronkeise Sample filed an unopposed motion for continuance, (Docket Entry No. 53).  The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The  motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 15, 2017 |
| Responses are to be filed by: | May 30, 2017 |
| Pretrial conference is reset to**:** | **June 5, 2017  at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 12, 2017 at 9:00 a.m.** |

SIGNED on February 22, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge