United States District Court
Southern District of Texas
**ENTERED**
May 10, 2017
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-16-219 |
| BRONKEISE SAMPLE | § | |

**O R D E R**

Defendant Bronkeise Sample filed an unopposed motion for continuance, (Docket Entry No. 69). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 28, 2017 |
| Responses are to be filed by: | September 11, 2017 |
| Pretrial conference is reset to**:** | **September 18, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **September 25, 2017 at 9:00 a.m.** |

SIGNED on May 10, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge