United States District Court
Southern District of Texas
**ENTERED**
September 11, 2017
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-16-219 |
| | § § § § | |
| BRONKEISE SAMPLE | § | |

**O R D E R**

Defendant Bronkeise Sample filed an unopposed motion for continuance, (Docket Entry No. 92). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | November 22, 2017 |
| Responses are to be filed by: | December 4, 2017 |
| Pretrial conference is reset to**:** | **December 11, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **December 18, 2017 at 9:00 a.m.** |

SIGNED on September 11, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge