United States District Court
Southern District of Texas
**ENTERED**
July 17, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CIVIL ACTION NO. H-19-3219 |
| BRONKEISE SAMPLE | § | |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum and Order issued today, this case is dismissed with prejudice.

This is a final judgment.

SIGNED on July 17, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge